

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00036-CV

CARLOS A. ARMENTA, TDCJ #743688, Appellant

V.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL., Appellees

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 09C1296-202

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Carlos A. Armenta, appellant, has filed a motion to dismiss his appeal pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.1(a)(1). The motion is signed by the appellant, who is representing himself.

We grant the appellant's motion and dismiss the appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:     August 15, 2013
Date Decided:       August 16, 2013